

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00175-CV

IN THE MATTER OF C.G.

§ On Appeal from the 323rd District Court

§ of Tarrant County (323-120697-23)

§ January 25, 2024

§ Memorandum Opinion by Justice Birdwell

## JUDGMENT

This court has considered the record on appeal in this case. The bill of costs is modified to delete the district clerk fees, clerk's record fees, and certification-and-seal fees totaling $119. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
      Justice Wade Birdwell